FILED
CLERK U.S. DISTRICT COURT
JAN - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 99-483 PA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER |
| v. | ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Jose Cardo-Vivero | ) | Allegations of Violations of Probation/Supervised Release) |
| Defendant. | ) | Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A.  ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by court orders_

(B) (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _see PM report_

IT IS ORDERED that defendant be detained.

DATED: 1/8/10

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2